# 906 CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of Isaac Miller and Abraham Miller, Attorneys.— Motion granted. Present— Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Susan A. Phelps, Appellant, v. John Walter Phelps, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present— Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Elsa Wittgren, as Administratrix, etc., Appellant, v. Wells Brothers Company of New York, Respondent.— Motion to dismiss the motion for reargument denied, without costs. Motion for reargument granted, and case set down for Monday, January 12, 1914. Present— Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Joseph A. Barry, an Infant, by Ellen Barry, His Guardiam ad Litem, Respondent, v. Peter Thomson, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Mary E. Beebe, Respondent, v. Johnston MacLeod and Archer W. Jagger, Appellants.— Order granting plaintiff's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements, with leave, however, to the defendants to plead anew within twenty days upon payment. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Rachel Beresow, as Administratrix, etc., of Yan Beresow, Deceased, Appellant, v. Joseph Kraus, Doing Business as Union Roofing Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Francesca Biondo, as Administratrix, etc., of Antonio Biondo, Deceased, Appellant, v. The People's Trust Company, a Domestic Corporation, Respondent.— Order reversed, with ten dollars costs and disbursements, on the ground that the complaint states a cause of action with respect to the window bar, and motion denied, with costs. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Edwin B. Brady, Respondent, v. New York, Westchester and Boston Railway Company, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Florence E. Cann, Respondent, v. William H. Luckett, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict was contrary to the evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Herbert W. Cramp, Appellant, v. Chester A. Dady and Others, Appellants, Impleaded with Alice A. Davis and Others, Respondents, and Others. — Order of the County Court of Queens county modified by requiring as a condition for the relief afforded that the defendants, respondents, within ten days pay fifty dollars to plaintiff; and as so modified affirmed. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Burr, J., dissented.